IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHAKA PETERS,   Case No: 1:10-CV-906

    Plaintiff,   Judge Timothy S. Black

vs.

UNIVERSITY OF CINCINNATI,

    Defendant.

## CONDITIONAL ORDER OF DISMISSAL

The Court having been notified that this case settled before the Magistrate Judge on March 28, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 3/29/13

*Timothy S. Black*
Timothy S. Black
United States District Judge